**Michael Eugene TANN, Plaintiff–Appellant,**

v.

**David LUDWIKOSKI; George Mateja, Defendants–Appellees.**

**No. 12–1206.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2012.

Decided: June 28, 2012.

Michael Eugene Tann, Appellant Pro Se. Clifford Bernard Geiger, Adam Thomas Simons, Kollman & Saucier, PA, Timonium, Maryland, for Appellees.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Tann appeals the district court's order granting summary judgment to Defendants on his claims of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by

the district court. *Tann v. Ludwikoski*, No. 1:10–cv–00612–ELH, 2012 WL 163033 (D.Md. Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*